CSD 1252 [08/23/01]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                              FAX: (619) 557-5536

**FILED APR 29 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# TRANSMITTAL MEMORANDUM

To:    UNITED STATES DISTRICT COURT
       880 Front Street, Suite 4290
       San Diego, California 92101

'08 CV 0783 JM WMc

From:                    BARRY K. LANDER, Clerk  District/Office No. 974-3

| CASE NAME | | | BANKRUPTCY NO. |
|---|---|---|---|
| | | | 07-3740-JM7 |
| | | | ADVERSARY NO. |
| | | | |
| | | | APPEAL NO. |
| Anibal Mesala Silva | | | 1 |
| | | | BANKRUPTCY JUDGE |
| | | | James W. Meyers |
| | | | DATE BANKRUPTCY FILED |
| | | | 7/16/07 |
| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO USDC MAILED ON: |
| 4/16/08 | 4/25/08 | NO | April 28, 2008 |

DATED: April 28, 2008                Barry K. Lander, Clerk

                                     By: _____ Kurt Herbold _____, Deputy Clerk
                                         Kurt Herbold

CSD 1252

CSD 1251 [05/10/00]

```
F I L E D

April 28, 2008

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Anibal Mesala Silva

Debtor.

BANKRUPTCY NO. 07-3740-JM7

Anibal Mesala Silva (Appellant)

v.

Joseph Gaeta (Appellee)

BK APPEAL NO. 1
ASSIGNED TO JUDGE James W. Meyers

## NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
## COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:  Anibal Mesala Silva, P.O. Box 20732, El Cajon, CA 92021,
James L. Kennedy, P.O. Box 28459, San Diego, CA 92198,
Joseph Gaeta , 950 Pennsylvania Avenue N.W., Northwestern Bldg, 7th Floor, Washington, DC 20530
United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by <u>Anibal Mesala Silva</u> with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101 or by calling (619) 557-5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above-named person(s).

DATED: April 28, 2008                        Barry K. Lander, Clerk

By: /s/ Kurt Herbold                        , Deputy Clerk
Kurt Herbold

Case # : 07-03740-JMAPBK
Debtor.: ANIBAL MESALA SILVA
Judge..: JAMES MEYERS
Trustee: JAMES KENNEDY
Chapter: APBK

Filed : April 25, 2008  14:12:59
By : T SCHMIDT
Receipt: 198111
Amount : $0.00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re                          )   Case No: 07-03740-JM7
   Anibal Mesala Silva        )
            Debtor  )   Chapter 7

### NOTICE OF APPEAL

Anibal Mesala Silva, Debtor, appeals under 28 U.S.C. Section 158 from the order of the bankruptcy judge denying Debtor's Motion Docketed as numbers 164, 165, 171, and 172, and requiring Debtor to show cause why this Chapter 7 should not be dismissed, signed by the judge on April 15, 2008.

**NOTICE TO THE CLERK: THE CLERK IS NOTIFIED THAT DEBTOR/APPELLANT IS FILING TWO SEPARATE STATEMENTS OF ELECTION TO EXERCISE HIS RIGHT UNDER 28 U.S.C. SECTION 158(a) TO HAVE HIS APPEAL HEARD BY THE DISTRICT COURT SO THERE WILL BE NO DOUBTS AS TO WHERE THIS APPEAL IS SUPPOSE TO GO.**

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. Joseph Gaeta
   950 Pennsylvania Avenue. N.W., Northwestern Building, 7th Floor
   Washington, DC  20530
   Telephone No: 202-353-9062

2. David A. Ortiz
   Office of the U.S. Trustee
   402 West Broadway, Suite 600
   San Diego, CA  92101
   Telephone No: Unknown

3. Haeji Hong
   Office of the U.S. Trustee
   402 West Broadway, Suite 600
   San Diego, CA  92101
   Telephone No: 619-557-5013

4. James L. Kennedy, Chapter 7 Trustee
   P.O. Box 28459
   San Diego, CA  92198
   Telephone No: 858-451-8859

5.    Anibal Silva, Debtor
      P.O. Box 20732
      El Cajon, CA 92021
      Telephone No: 619-920-4176

Dated: 4/25/08

Signed: _____
Anibal Silva, Debtor/Appellant
P.O. Box 20732
El Cajon, CA 92021

# THIS IS THE END OF THE NOTICE OF APPEAL

Following this notice of appeal are the copy of the Court's order, the separate notice of right to have appeal heard by the District court, and the two Separate Statements of Election.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANIBAL MESALA SILVA,<br><br>                Debtor. | Bankruptcy No. 07-03740-M7<br><br>ORDER DENYING DEBTOR'S MOTIONS DOCKETED AS NUMBERS 164, 165, 171 and 172, AND REQUIRING DEBTOR TO SHOW CAUSE WHY THIS CHAPTER 7 SHOULD NOT BE DISMISSED |

    After a hearing on March 27, 2008, review of the history of this case, the Debtor's prior Chapter 7, (07-00324-A7), and the documents filed in support of and in opposition to the Debtor's motions docketed as Numbers, 164, 171 and 172, the Court concluded that:

    - Given the history and circumstances of this Case and the Debtor's prior Case 07-00324-A7, the meeting of creditors required by § 341(a) was scheduled and convened within a reasonable time after the order for relief in this case, and is not "void";

    - The Debtor has not yet complied with §521 and Fed.R.Bankr.P. 4002 to fulfill his duties as a Debtor, and

    - The Debtor has provided no valid cause to reconsider the Order

Extending Time to Object to Discharge entered March 5, 2008 (No. 177), or the Amended Minute Order Denying Debtor's Motions for Sanctions and Protective Orders (No. 105); therefore,

IT IS ORDERED that:

1) Debtor's Motion For a Discharge (No. 164) is DENIED, without prejudice;

2) Debtor's Motion to Void and Stay the § 341 Meeting of Creditors (No. 171) is DENIED;

3) Debtor's Motion for Reconsideration (No. 172) of the Order Granting an Extension of Time to File a Motion under § 707(b)(3) or a Complaint under §§ 523 or 727 is DENIED;

4) Debtor's Motion (No. 165) to Set Aside Amended Minute Order Denying Motion for Sanctions for Violation of the Automatic Stay and Motion for Protective Order is DENIED;

IT IS FURTHER ORDERED that:

5) **The Debtor is to SHOW CAUSE WHY THIS CHAPTER 7 CASE SHOULD NOT BE DISMISSED**, for failure to comply with the Court's Amended Minute Order Dated October 30, 2007, requiring the Debtor to prepare and file tax returns by November 6, 2007, and for failure to cooperate with the Trustee as required by § 521. To avoid dismissal, the **DEBTOR SHALL FILE A WRITTEN EXPLANATION CONCERNING THE STATUS OF HIS TAX RETURNS ON OR BEFORE APRIL 25, 2008.**

DATED: APR 15 2008

JAMES W. MEYERS, Judge
United States Bankruptcy Court

# SEPARATE STATEMENT OF ELECTION

DEBTOR'S STATEMENT OF ELECTION

Anibal Mesala Silva, Debtor, pursuant to Sections 158(a) and 158(c)(1) of U.S. Title 28, hereby elects to exercise his right to have his appeal heard by a District Court.

NOTICE TO THE CLERK: DEBTOR/APPELLANT IS EXERCISING HIS RIGHT TO HAVE THIS APPEAL HEARD BY THE DISTRICT COURT, AND AT NO MOMENT, DEBTOR/APPELLANT IS AUTHORIZING OR CONSENTING THIS APPEAL TO GO TO THE BANKRUPTCY APPELLATE PANEL. THEREFORE, THIS APPEAL IS TO GO TO THE DISTRICT COURT ONLY.

Signed this 25th day of April 2008.

_____
Anibal Silva, Debtor/Appellant

# SEPARATE STATEMENT OF ELECTION

### DEBTOR'S STATEMENT OF ELECTION

Anibal Mesala Silva, Debtor, pursuant to Sections 158(a) and 158(c)(1) of U.S. Title 28, hereby elects to exercise his right to have his appeal heard by a District Court.

NOTICE TO THE CLERK: DEBTOR/APPELLANT IS EXERCISING HIS RIGHT TO HAVE THIS APPEAL HEARD BY THE DISTRICT COURT, AND AT NO MOMENT, DEBTOR/APPELLANT IS AUTHORIZING OR CONSENTING THIS APPEAL TO GO TO THE BANKRUPTCY APPELLATE PANEL. THEREFORE, THIS APPEAL IS TO GO TO THE DISTRICT COURT ONLY.

Signed this 25th day of April 2008.

_____
Anibal Silva, Debtor/Appellant

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on April 25, 2008, I served a true copy of the within NOTICE OF APPEAL, NOTICE OF RIGHT TO HAVE APPEAL HEARD BY THE DISTRICT COURT, AND THE TWO SEPARATE STATEMENTS OF ELECTION, by:

U.S. First Class Mail

On the following persons:

Joseph Gaeta
Department of Justice
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, DC 20530

David R. Ortiz
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101

Haeji Hong
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101

James Kennedy, Chapter 7 Trustee
P.O. Box 28459
San Diego, CA 92198

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/25/08

Anibal Silva
P.O. Box 20732
El Cajon, CA 92021

## SEPARATE NOTICE OF RIGHT TO HAVE APPEAL HEARD BY THE DISTRICT COURT

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. Section 158(c), to have the appeal heard by the District Court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in Section 304(g), no fee is required.*

# SEPARATE STATEMENT OF ELECTION

### DEBTOR'S STATEMENT OF ELECTION

Anibal Mesala Silva, Debtor, pursuant to Sections 158(a) and 158(c)(1) of U.S. Title 28, hereby elects to exercise his right to have his appeal heard by a District Court.

NOTICE TO THE CLERK: DEBTOR/APPELLANT IS EXERCISING HIS RIGHT TO HAVE THIS APPEAL HEARD BY THE DISTRICT COURT, AND AT NO MOMENT, DEBTOR/APPELLANT IS AUTHORIZING OR CONSENTING THIS APPEAL TO GO TO THE BANKRUPTCY APPELLATE PANEL. THEREFORE, THIS APPEAL IS TO GO TO THE DISTRICT COURT ONLY.

Signed this 25th day of April 2008.

_____
Anibal Silva, Debtor/Appellant

# SEPARATE STATEMENT OF ELECTION

### DEBTOR'S STATEMENT OF ELECTION

Anibal Mesala Silva, Debtor, pursuant to Sections 158(a) and 158(c)(1) of U.S. Title 28, hereby elects to exercise his right to have his appeal heard by a District Court.

NOTICE TO THE CLERK: DEBTOR/APPELLANT IS EXERCISING HIS RIGHT TO HAVE THIS APPEAL HEARD BY THE DISTRICT COURT, AND AT NO MOMENT, DEBTOR/APPELLANT IS AUTHORIZING OR CONSENTING THIS APPEAL TO GO TO THE BANKRUPTCY APPELLATE PANEL. THEREFORE, THIS APPEAL IS TO GO TO THE DISTRICT COURT ONLY.

Signed this 25th day of April 2008.

_____
Anibal Silva, Debtor/Appellant

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on April 25, 2008, I served a true copy of the within NOTICE OF APPEAL, NOTICE OF RIGHT TO HAVE APPEAL HEARD BY THE DISTRICT COURT, AND THE TWO SEPARATE STATEMENTS OF ELECTION, by:

U.S. First Class Mail

On the following persons:

Beth A. Cluckey
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Jeffrey D. Cawdrey
Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

Patrick C. Hargadon
Bankston & Richardson LLP
P.O. Box 1675
Dripping Springs, TX 78620

James Kennedy, Chapter 7 Trustee
P.O. Box 28459
San Diego, CA 92198

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/25/08

Anibal Silva
P.O. Box 20732
El Cajon, CA 92021

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Anibal Mesala Silva

**DEFENDANTS**

Joseph Gaeta

'08 CV 0783 JM WMc
FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Anibal Silva
P. O. Box 20732
El Cajon, CA 92021
619-920-4176

**ATTORNEYS (IF KNOWN)**

Joseph Gaeta
950 Pennsylvania Ave. NW 7th Floor
Washington, DC 20530

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 USC 158**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____