# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

May 2, 2008

Anibal Silva
P.O. Box 20732
El Cajon, CA 92021

RE:                            Silva v. Gaeta
Bankruptcy Case Number:        07-3740-JM7

You are hereby notified that the above entitled case was on transferred from the United States Bankruptcy Court the to the U.S. District Court, Southern District of California.  The case will now contain the case number of the Southern District, and the initial of the assigned Judge.  The case has been assigned to the Honorable Jeffrey T. Miller, and on all future filings please show the case number as 08cv783-JM.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:  _____S/ T. Lee_____
, Deputy Clerk

cc: Bankruptcy Court