1  KAREN P. HEWITT
   United States Attorney
2  Southern District of California
   BETH A. CLUKEY
3  Assistant U.S. Attorney
   California State Bar No. 228116
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7184
   Email: beth.clukey@usdoj.gov
6
   Attorneys for Appellee
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  ANIBAL MESALA SILVA,              )    Civil No. 08cv0783-JM(WMc)
                                       )
11            Appellant,               )    NOTICE OF APPEARANCE
                                       )
12        v.                           )
                                       )
13  JOSEPH GAETA,                      )
                                       )
14            Appellee.                )
                                       )
15  _____)

16         TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel for Appellee in the above-

18  captioned case. I certify that I am admitted to practice in this Court or authorized to practice under

19  CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this

20  case at the following e-mail address:

21         **Beth A. Clukey**     Tel: 619-557-7184     Email: beth.clukey@usdoj.gov

22         Please feel free to contact me should you have any questions regarding this notice.

23  DATED: June 4, 2008                      Respectfully submitted,

24                                           KAREN P. HEWITT
                                             United States Attorney
25
                                             s/ Beth A. Clukey
26                                           _____
                                             BETH A. CLUKEY
27                                           Assistant United States Attorney
                                             Attorneys for Appellee
28                                           Email: beth.clukey@usdoj.gov