```
 1  KAREN P. HEWITT
    United States Attorney
 2  Southern District of California
    BETH A. CLUKEY
 3  Assistant U.S. Attorney
    California State Bar No. 228116
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone:  (619) 557-7184
    Email: beth.clukey@usdoj.gov
 6
    Attorneys for Appellee
 7
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 ANIBAL MESALA SILVA, | ) | Civil No. 08cv0783-JM(WMc) |
| | ) | |
| 11           Appellant, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| 12      v. | ) | |
| | ) | |
| 13 JOSEPH GAETA, | ) | |
| | ) | |
| 14           Appellee. | ) | |
| | ) | |
| 15 _____ | ) | |

16  IT IS HEREBY CERTIFIED THAT:

17         I, BETH A. CLUKEY, am a citizen of the United States and am at least eighteen years of age.

18  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

19         I am not a party to the above-entitled action. I have caused service of Notice of Appearance on

20  the following parties by electronically filing the foregoing with the Clerk of the District Court using its

21  ECF System, which electronically notifies them.

22         None

23         I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

24  Service, to the following non-ECF participants on this case:

25         Anibal Mesala Silva
           P.O. Box 20732
26         El Cajon, CA 92021

27  the last known address, at which place there is delivery service of mail from the United States Postal

28  Service.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED:   June 4, 2008               Respectfully submitted,

3                                                       KAREN P. HEWITT
                                                        United States Attorney

4                                                       s/ Beth A. Clukey
                                                        _____
5                                                       BETH A. CLUKEY
                                                        Assistant United States Attorney
6                                                       Attorneys for Appellee
                                                        Email: beth.clukey@usdoj.gov